UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: DAVOL, INC./C.R. BARD, INC., POLYPROPYLENE HERNIA MESH PRODUCTS LIABILITY LITIGATION

Case No. 2:18-md-2846

CHIEF JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Kimberly A. Jolson

**This document relates to:**

Plaintiff Melanie Wohl in her Individual Capacity as Daughter of Jacqueline Dorman, deceased, and as Personal Representative of the Estate of Jacqueline Dorman, deceased.

Civil Action No. _____

## SHORT FORM COMPLAINT

Plaintiff(s) file(s) this Short Form Complaint pursuant to Case Management Order No. 9 and is/are to be bound by the rights, protections, and privileges and obligations of that Order. Plaintiff(s) hereby incorporate(s) the Master Complaint in MDL No. 2846 by reference. Plaintiff(s) further show(s) the Court as follows:

1. The name of the person implanted with Defendants' Hernia Mesh Device(s):

    Jacqueline Dorman

2. The name of any Consortium Plaintiff (if applicable):

    Plaintiff Melanie Wohl in her Individual Capacity as Daughter of Jacqueline Dorman, decea

3. Other Plaintiff(s) and Capacity (i.e., administrator, executor, guardian, conservator):

    Plaintiff Melanie Wohl in her Individual Capacity as Daughter of Jacqueline Dorman, deceased, and as Personal Representative of the Estate of Jacqueline Dorman, deceased.

4. State of Residence:

    New York

5. District Court and Division in which action would have been filed absent direct filing:

    District of Rhode Island, Providence Division

6. Defendants (Check Defendants against whom Complaint is made):

   [✓] A. Davol, Inc.

   [✓] B. C.R. Bard, Inc.

   [ ] C. Other (please list: _____ )

7. Identify which of Defendants' Hernia Mesh Device(s) was/were implanted (Check device(s) implanted):

   [ ] 3DMax Mesh

   [ ] 3DMax Light Mesh

   [ ] Bard (Marlex) Mesh Dart

   [ ] Bard Mesh

   [ ] Bard *Soft* Mesh

   [ ] Composix

   [ ] Composix E/X

   [ ] Composix Kugel Hernia Patch

   [ ] Composix L/P

   [ ] Kugel Hernia Patch

   [ ] Marlex

   [ ] Modified Kugel Hernia Patch

   [ ] Perfix Light Plug

   [ ] PerFix Plug

   [ ] Sepramesh IP

   [ ] Sperma-Tex

   [ ] Ventralex Hernia Patch

   [ ] Ventralex ST Patch

☐ Ventralight ST

☑ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

_____

_____

8. Defendants' Hernia Mesh Device(s) about which Plaintiff is making a claim (Check applicable device(s)):

☐ 3DMax Mesh

☐ 3DMax Light Mesh

☐ Bard (Marlex) Mesh Dart

☐ Bard Mesh

☐ Bard *Soft* Mesh

☐ Composix

☐ Composix E/X

☐ Composix Kugel Hernia Patch

☐ Composix L/P

☐ Kugel Hernia Patch

☐ Marlex

☐ Modified Kugel Hernia Patch

☐ Perfix Light Plug

☐ PerFix Plug

3

☐ Sepramesh IP

☐ Sperma-Tex

☐ Ventralex Hernia Patch

☐ Ventralex ST Patch

☐ Ventralight ST

☑ Ventrio Patch

☐ Ventrio ST

☐ Visilex

☐ Other (please list in space provided below):

_____

_____

9. Date of Implantation and state of implantation: 11/19/2015 - New York

10. As of the date of filing this Short Form Complaint, has the person implanted with Defendants' Hernia Mesh Device(s) had subsequent surgical intervention due to the Hernia Mesh Device(s)?:    Yes ☑    No ☐

11. Basis of Jurisdiction:

☑ Diversity of Citizenship

☐ Other: _____

12. Counts in the Master Complaint adopted by Plaintiff(s):

☑ Count I – Strict Product Liability- Defective Design

☑ Count II – Strict Product Liability- Failure to Warn

☑ Count III – Strict Product Liability- Manufacturing Defect

☑ Count IV– Negligence

4

- [✓] Count V– Negligence Per Se
- [✓] Count VI– Gross Negligence
- [✓] Count VII – State Consumer Protection Laws (Please identify applicable State Consumer Protection law(s)):

R.I. Gen. Laws § 6-13.1-1, et seq.

- [✓] Count VIII – Breach of Implied Warranty
- [✓] Count IX – Breach of Express Warranty
- [✓] Count X – Negligent Infliction of Emotional Distress
- [✓] Count XI – Intentional Infliction of Emotional Distress
- [✓] Count XII – Negligent Misrepresentation
- [✓] Count XIII – Fraud and Fraudulent Misrepresentation
- [✓] Count XIV – Fraudulent Concealment
- [✓] Count XV – Wrongful Death
- [ ] Count XVI – Loss of Consortium
- [✓] Count XVII – Punitive Damages
- [ ] Other Count(s) (please identify and state factual and legal bases for other claims not included in the Master Complaint below):

Plaintiff Melanie Wohl, individually as daughter of the decedent and as Personal Representative of decedent's estate, brings this wrongful death action and survival action pursuant to Rhode Island Gen. Laws § 10-1-7, et seq. and is entitled to recover and is entitled to recover for the wrongful death of the decedent and damages including but not limited to health care expenses, funeral and burial expenses, and pain and suffering experienced by Plaintiff's decedent during the time between Defendants' negligence and Plaintiff's decedent's ultimate death.  Plaintiff incorporates by reference the Master Complaint and re-alleges all allegations in the Master Complaint. Jury Trial is demanded as to All Counts.

- [✓] Jury Trial is Demanded as to All Counts
- [ ] Jury Trial is NOT Demanded as to All Counts; if Jury Trial is Demanded as to Any Count(s), identify which ones (list below):

1/1/2022                                       s/ A. Renee Preston
                                                Attorney(s) for Plaintiff

A. Renee Preston, Esq.
FL Bar: 639801
Levin Papantonio Rafferty, et al.
316 S Baylen St Ste 600
Pensacola, FL 32502
850-435-7061
rpreston@levinlaw.com

6